1034

No. 216. NATIONAL LABOR RELATIONS BOARD v. ALLIS-CHALMERS MANUFACTURING CO. ET AL. C. A. 7th Cir. (*Ante,* pp. 810, 943.) Motion of New York Times Display Advertising Salesmen Steering Committee for leave to file a brief, as *amicus curiae,* granted. *Martin C. Seham* on the motion.

No. 305. DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL. v. UNITED STATES ET AL. Appeal from D. C. Colo. (Probable jurisdiction noted, *ante,* p. 897.) Motion to remove case from summary calendar granted and an additional fifteen minutes allotted to each side. *Solicitor General Marshall* for the United States, and *Thomas D. Barr* and *Owen Jameson* for Railway Express Agency, Inc., et al., appellees, on the motion.

No. 972. UNITED STATES v. PROVIDENT NATIONAL BANK ET AL. Appeal from D. C. E. D. Pa. Probable jurisdiction noted and case set for oral argument immediately following No. 914. Motion of appellees to expedite consideration granted and the expedited schedule for filing of briefs, consented to by the Solicitor General, adopted. Case will be heard on the typewritten record with leave to the parties to print such portions of the record as they desire as appendices to their briefs. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Solicitor General Marshall* and *Assistant Attorney General Turner* for the United States. *Frederic L. Ballard, Charles I. Thompson, Jr.,* and *Tyson W. Coughlin* for Provident National Bank et al., and *Philip L. Roache, Jr., Charles H. McEnerney, Jr.,* and *Joseph J. O'Malley* for Acting Comptroller of the Currency Camp, appellees. *Frederic L. Ballard* for appellees Provident National Bank et al., on the motion.